IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NATHAN CEDARLEAF, et al.,
    Plaintiffs,

v.

Case No. 2:08-CV-175
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

HUNTINGTON BANCSHARES, INC., et al.,
    Defendants.

### ORDER

The undersigned hereby recuses himself from the instant action. The Clerk is

**DIRECTED** to place this case in the random draw for assignment to another district judge.

IT IS SO ORDERED.

2-26-2008
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE